THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Darrell Scott Brooks, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No.  2006-UP-054
Submitted January 3, 2006 Filed January 25, 2006

AFFIRMED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General David A. Spencer, Office of the Attorney General, all of Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Brooks was convicted of first-degree criminal sexual conduct and kidnapping.  He was sentenced to thirty years, suspended to twenty-five years with five years probation on the CSC charge.  He was sentenced to a concurrent term of twenty years for the kidnapping.  This appeal followed.  
We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Rabon, 275 S.C. 459, 462, 272 S.E.2d 634, 636 (1980) (holding that no specific language is necessary in a jury charge as long as it adequately covers the applicable law).
AFFIRMED.[1]
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.